AO 91 (Rev. 11/11)  Criminal Complaint

## UNITED STATES DISTRICT COURT
### for the
Southern District of Texas ☐

United States Courts
Southern District of Texas
FILED

*November 20, 2025*

Nathan Ochsner, Clerk of Court

|  |  |
|---|---|
| United States of America<br>v.<br><br>Jairo AMAYA Martinez<br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case No. **4:25-mj-703**

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____11/07/2025_____ in the county of _____Harris_____ in the _____Southern_____ District of _____Texas_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 111 | Assaulting, Resisting, and Impeding a Federal Officer |

This criminal complaint is based on these facts:
**See attached affidavit**

☑ Continued on the attached sheet.

_____
*Complainant's signature*

**Daniel Lundberg, Special Agent, HSI**
_____
*Printed name and title*

Sworn to by telephone.

Date: ___November 20, 2025___

_____
*Judge's signature*

City and state: _____Houston, Texas_____

**Dena Hanovice Palermo, U.S. Magistrate Judge**
_____
*Printed name and title*

**4:25-mj-703**

ATTACHMENT A

AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Daniel Lundberg, being first duly sworn, hereby depose and state as follows:

INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent (SA) with Homeland Security Investigations (HSI) and have been since 2016. Presently, I am assigned to the Homeland Security Task Force (HSTF) Fugitive Investigative Strike Team (FIST), Houston Strikeforce D-43. Prior to becoming a Special Agent with HSI, I was employed at the Dorchester County Sheriff's Office in South Carolina from February 2007 to December 2016. I started my career at the Sheriff's Office as a patrol deputy, before becoming a narcotics investigator. I was then promoted to the narcotics unit sergeant. In 2006, I received a bachelor's degree in Criminal Justice with a minor in Security Administration from Western Illinois University. I have participated in numerous fugitive investigations, as well as investigations involving the illegal possession and distribution of narcotics and money laundering.

2. This Affidavit is made in support of a criminal complaint charging Jairo Amaya Martinez (hereafter referred to as "AMAYA") with Assaulting, resisting, or impeding certain officers of employees in violation of Title 18 U.S.C. § 111 (Assaulting, resisting, or impeding certain officers or employees). I am familiar with the information contained in this affidavit based upon the investigation I have personally conducted and my conversations with other law enforcement officers involved in this investigation.

3. Because this Affidavit is being submitted for the limited purpose of securing a criminal complaint, I have not included each and every fact known to me concerning this investigation. I have set forth only those facts that I believe are necessary to establish probable cause that

violations of Assaulting, resisting, or impeding certain officers of employees in violation of Title 18 U.S.C. § 111 have been committed by AMAYA. Where statements of others are set forth in this Affidavit, they are set forth in substance and in part.

## PROBABLE CAUSE

4. On November 7, 2025, Deportation Officers (DO) from the Department of Homeland Security (DHS) Immigration and Customs Enforcement (ICE), were conducting an investigation into individuals in the United States without lawful permission. DOs identified a white Chevrolet Van registered to an individual in the U.S. illegally and occupied by multiple individuals they suspected were in the United States illegally. During the surveillance of this vehicle, it appeared that the driver realized that he was being followed by law enforcement and attempted to disrupt the surveillance. The vehicle pulled into the Hollister Food Mart at 3911 Hollister Rd. Houston, TX 77080 which is located in the Southern District of Texas. The vehicle was observed circling the parking lot and traveling back towards Hollister Rd. As DOs attempted to make contact, activating their emergency lights in their unmarked vehicles and exiting their vehicles wearing clothing clearly identifying themselves as law enforcement, the driver of the vehicle, later identified as Jairo Amaya Martinez (AMAYA), exited the driver seat of the vehicle and attempted to flee on foot in an effort to avoid apprehension. After ignoring commands by DO Patel ordering AMAYA to stop resisting and identifying himself as a law enforcement officer, DO Patel was able to catch AMAYA. While DO Patel was attempting to subdue AMAYA, AMAYA bit DO Patel once on his left hand, then again, a second time on his left forearm. DO Patel was able to secure AMAYA into handcuffs and escort him back to a transport vehicle. Due to AMAYA breaking the skin of DO Patel, he sought medical treatment at a local hospital. Upon release from the hospital, HSI SA Lundberg conducted an interview

2

with DO Patel regarding the incident. SA Lundberg was able to observe abrasions on DO Patel's left wrist and forearm.

5. On November 7, 2025, AMAYA, was interviewed by HSI SAs Lundberg and Lundquist. During the interview, DO Mandel translated the conversation. AMAYA was provided his Miranda Rights in the Spanish language, reading from a preprinted form, in the presence of SAs Lundberg and Lundquist. AMAYA stated he understood his rights as per his signature and agreed to give the following non-verbatim statement. In substance AMAYA stated he was aware that DO Patel was law enforcement. AMAYA claims to not know why he ran but referenced things he has read on Facebook instructing individuals to resist deportation. AMAYA admitted to biting DO Patel because he was scared.

6. Video footage was reviewed from the Hollister Food Mart surveillance system, which has several cameras placed inside and outside of the store. A camera overlooking the parking lot showed the vehicle in question pull into the parking lot and circle around. The driver of the vehicle, believed to be AMAYA, was observed attempting to flee after law enforcement activated their emergency lights and began to approach the vehicle. The video shows AMAYA being apprehended after a short scuffle on the ground. Due to the positioning of the arrest and the direction the camera faced, the assault was not clearly observed on video.

## CONCLUSION

7. Based upon the information delineated above, I believe that probable cause exists for the issuance of a Criminal Complaint charging Jairo AMAYA Martinez in violation of Title 18 U.S.C. Section 111 (Assaulting, resisting, or impeding certain officers or employees).

3

Respectfully submitted,

Daniel Lundberg
Special Agent
Homeland Security Investigation

Subscribed and sworn to by telephone on the 20th Day of November, 2025, and I find probable cause exists.

Dena Hanovice Palermo
United States Magistrate Judge
Southern District of Texas

4